1   BARRY E. HINKLE, Bar No. 071223
    TRACY L. MAINGUY, Bar No. 176928
2   KRISTINA M. ZINNEN, Bar No. 245346
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501
    Telephone  (510) 337-1001
5   Fax  (510) 337-1023
    E-Mail:  bhinkle@unioncounsel.net
6             tmainguy@unioncounsel.net
              kzinnen@unioncounsel.net
7
    Attorneys for Plaintiffs
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12   THE BOARD OF TRUSTEES, in their          No. 3:15-cv-01096-JD
     capacities as Trustees of the CEMENT
13   MASONS TRUST FUND FOR NORTHERN           **PLAINTIFFS' NOTICE OF
     CALIFORNIA; CEMENT MASONS                SETTLEMENT AND REQUEST TO
14   PENSION TRUST FUND FOR NORTHERN          CONTINUE HEARING ON
     CALIFORNIA; CEMENT MASONS                PLAINTIFFS' MOTION FOR ENTRY
15   VACATION/HOLIDAY TRUST FUND FOR          OF DEFAULT JUDGMENT BY
     NORTHERN CALIFORNIA; and CEMENT          COURT; [PROPOSED] ORDER**
16   MASONS APPRENTICESHIP AND
     TRAINING TRUST FUND FOR NORTHERN         Judge:      Hon. James Donato
17   CALIFORNIA,
18
                              Plaintiffs,
19
          v.
20
     MICHAEL HEAVEY CONSTRUCTION,
21   INC., a California Corporation,
22
                              Defendant.
23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1    Plaintiffs, by and through their counsel of record, hereby notify the Court that Plaintiffs

2   and Defendant have reached a settlement in the above-captioned case.  The parties are in the

3   process of finalizing the settlement documents.  Pursuant to the settlement, judgment will be

4   entered in the above-captioned matter pursuant to a stipulation of the parties.  Plaintiffs anticipate

5   that such stipulation will be filed within the next fourteen (14) days.  Plaintiffs respectfully

6   request that the Court stay this matter to allow the parties to formalize their settlement.

7   Additionally, Plaintiffs respectfully request that the hearing on Plaintiff's Motion for Entry of

8   Default Judgment currently scheduled for September 9, 2015 at 10:00 a.m. be continued until

9   October 7, 2015, or the earliest date thereafter that the Court is available to hear the matter.

10    Provided that the parties' settlement is finalized, Plaintiffs will request that the continued

11   hearing be removed from the calendar when the stipulation for judgment is filed, but Plaintiffs

12   will move forward with the continued hearing regarding their Motion for Entry of Default

13   Judgment to the extent the settlement agreement is not finalized by the date of the continued

14   hearing.

15   Dated: September 4, 2015

16                                      WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation
17

18                                      By:   /s/ Tracy L. Mainguy
                                              TRACY L. MAINGUY
19                                            Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
PLAINTIFFS' NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT; [PROPOSED] ORDER
Case No. 3:15-cv-01096-JD

1

## [PROPOSED] ORDER

2

     The Court has been notified that the parties have reached a settlement of the above-

3

captioned matter and are in the process of finalizing the settlement documents.  Plaintiffs

4

anticipate that a stipulation for entry of judgment will be filed within the next fourteen (14) days.

5

The hearing on Plaintiffs' Motion for Entry of Default Judgment currently scheduled for

6

September 9, 2015 at 10:00 a.m. is continued to October 7, 2015 at 10:00 a.m.

7

     **IT IS SO ORDERED.**

8

9

_____

10

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

11

12

137965/828722

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

PLAINTIFFS' NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR ENTRY OF DEFAULT JUDGMENT BY COURT; [PROPOSED] ORDER
Case No. 3:15-cv-01096-JD