BARRY E. HINKLE, Bar No. 071223
TRACY L. MAINGUY, Bar No. 176928
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
        tmainguy@unioncounsel.net
        kzinnen@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MICHAEL HEAVEY CONSTRUCTION, INC., a California Corporation,<br><br>                    Defendant. | No. 3:15-cv-01096-JD<br><br>**STIPULATION TO REOPEN CASE TO ENTER JUDGMENT AGAINST DEFENDANT BASED UPON SETTLEMENT AGREEMENT**<br><br><br>Date:  November 18, 2015<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION TO REOPEN CASE TO ENTER JUDGMENT
Case No. 3:15-cv-01096-JD

On October 7, 2015, the Court entered its civil minutes regarding the proceedings on Plaintiffs' Motion for Default Judgment by Court, which provide that the Result of the Hearing was as follows:

> The case was called, but no party appeared. In light of the failure to appear and plaintiff's previous filing (Dkt. 38) informing the Court that it had reached a settlement with the defendant, who is in default, the Court dismisses the case and requests that the Clerk close the case.

Wherefore, the parties hereto hereby stipulate and agree as follows:

1.    The Settlement Agreement between the parties, a true and accurate copy of which is attached hereto as Exhibit A, includes the following language in paragraph 7:

> The Employer hereby stipulates and agrees that Judgment in the Lawsuit will be entered immediately upon execution of this Settlement Agreement in favor of Plaintiffs and against Employer in the amount of $134,788.91.

MICHAEL HEAVEY CONSTRUCTION, INC. is defined as the "Employer" in paragraph 1B of the Settlement Agreement.

2.    In light of the fact that a material term of the Settlement Agreement is that judgment be entered in the above-captioned matter against Defendant and in favor of Plaintiffs in the amount of $134,788.91, the parties agree, and respectfully request, that the Court reopen the above-captioned case, and enter judgment against Defendant based upon their Settlement Agreement.

Dated: October 9, 2015

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
TRACY L. MAINGUY
Attorneys for Plaintiffs

Dated: October 9, 2015

LEONIDU & ROSIN
Professional Corporation

By: _____
PATRICIA WALSH
Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

137965\833316

1

STIPULATION TO REOPEN CASE TO ENTER JUDGMENT CASE NO. 3:15-CV-01096-JD